UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ILENE KLEMPEL,

    Plaintiff,

v.                                                                         Case No. 16-cv-1311-pp

UNITED STATES OF AMERICA
DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Involuntary Plaintiff,

v.

MTD PRODUCTS, INC.

    Defendant.

---

## ORDER

---

On February 15, 2018, the parties filed a stipulation of dismissal. Dkt. No. 19. The court **APPROVES** the stipulation, dkt. no. 19, and **ORDERS** that all claims of the parties arising out of this case are **DISMISSED** on their merits, with prejudice, and without costs to any parties.

Dated in Milwaukee, Wisconsin this 12th day of March, 2018.

                                                **BY THE COURT:**

                                                _____
                                                **HON. PAMELA PEPPER**
                                                **United States District Judge**